**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRANDIE ROBINS,

      Plaintiff,

v.                                                                      Case No. 13-11111

BLATT, HASENMILLER,
LEIBSKER & MOORE PLLC,

      Defendant.

_____/

**ORDER OF DISMISSAL**

On May 16, 2013, the parties reached an amicable resolution to this matter and settled the case, the terms of which were memorialized.  In accordance with their agreement,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.  Either party may reopen this case by **June 17, 2013**, by filing a "Notice of Reopening."  Further, the parties may also submit their own substitute stipulated order of dismissal or judgment by **June 17, 2013**.

After **June 17, 2013**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  May 21, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 21, 2013, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\13-11111.ROBINS.Conditional.Dismissal.wpd